**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Criminal No. 98-CR-20080-DT
                                               Civil Case No. 04-CV-74175-DT

JOSEPH CHARACTER,

    Defendant.
                                    /

**ORDER CLOSING CASE IN LIEU OF JUDGMENT**

On August 29, 2005, the court entered an order denying Defendant Joseph Character's "Motion to Vacate, Set Aside, or Correct Sentence." Inasmuch as the issues in controversy have been resolved, the instant matter is deemed closed. Accordingly,

IT IS ORDERED that the Clerk of the Court close the above-captioned case.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: August 30, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 30, 2005, by electronic and/or ordinary mail.

                                              S/Lisa G. Teets
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522